WILLIAM FARNUM v. NORTH DOCK REALTY CO., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV J. STAATS v. NORTH DOCK REALTY CO., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY BEACH MURDOCK v. REA ALLEN MURDOCK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD R. SCHACK v. DAISY M. SCHACK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM FARNUM v. NORTH DOCK REALTY CO., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV J. STAATS v. NORTH DOCK REALTY CO., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICK CERCIELLO, Trading as ALBA DRESS MANUFACTURING COMPANY, v. STANDARD ACCIDENT INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIMON R. KALMANOFF v. RUTH LEWINSON, as Receiver, etc., Impleaded with KORNBLUTH & ROTHENBERG.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW AMSTERDAM CASUALTY COMPANY v. KARP METAL PRODUCTS CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX D'ALBORA and Another v. ERIE RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAYBAR REALTY CO., INC., v. EISNER REALTY CO., INC., a Domestic Corporation, Impleaded, etc.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED KNIHYNICZER INDUSTRIAL CORPORATION v. MORRIS FEDERGREEN, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS STERN v. JOHN A. MARCATO.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE EISENBERG v. DZIAMBOR BROS., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. MCMANUS v. THE WARDEN OF THE CITY PRISON. THE PEOPLE OF THE STATE OF NEW YORK.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS H. MAY CO., INC., v. SOL MANGEL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS H. MAY CO., INC., v. SOL MANGEL.— Motion granted upon appellant's

filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. NATHAN KALVIN.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE R. DYER and Others v. BROADWAY CENTRAL BANK.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK, Otherwise Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DAN H. ARNOLD v. POTTER, HAMILTON & BUTLER, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOHN M. GRAHAM and Another, as Executors, etc., of ELIZABETH GRAHAM, Deceased, Executrix of GEORGE GRAHAM, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SADIE WEISS v. EMMA ARANOW and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAMILTON EMPLOYMENT SERVICE, INC., v. NEW YORK TELEPHONE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH P. COLLINS and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Constituted, etc., and Others, and MARBEN REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of THE COMMITTEES HERETOFORE APPOINTED by the Supreme Court in the County of New York, the Court of Common Pleas for the City and County of New York, and the Superior Court of the City of New York of the Property of Incompetent Persons and Others. In the Matter of the Inventory and Account of ABRAHAM N. LEVY, Committee of ANDREW TRAULKO (Also Designated as ANDREW TRAULKE at the Time of the Appointment of the Former Committee), an Incompetent Person.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

SAMUEL FRANT v. ROBERT COBBAN & SON, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN HARTIGAN, an Infant, etc., v. YELLOW TAXI CORPORATION OF NEW YORK. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN HARTIGAN v. YELLOW TAXI CORPORATION OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET HARTIGAN v. YELLOW TAXI CORPORATION OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.